UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BARBARA MANSON,

              Plaintiff,

   – against –

RICHARD FRIEDBERG,
OLD STONE VENTURES,

             Defendants.

------------------------------------- x

08 CIV. 3890 (CLB) (GAY)

**NOTICE OF APPEARANCE**
**OF MELISSA J. BEEKMAN**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE of the appearance of Melissa J. Beekman, Esq., of Epstein Becker & Green, P.C., as an attorney of record for Defendants. Please serve all papers and electronic notifications related to this action on the undersigned

Dated: June 4, 2008
New York, New York

              EPSTEIN BECKER & GREEN, P.C.

             By:   s/ Melissa J. Beekman
                    John Houston Pope
                    Melissa J. Beekman
            250 Park Avenue
            New York, New York  10177
            (212) 351-4500
            Attorneys for Defendants

NY:2619534v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for Plaintiffs.

s/ Melissa J. Beekman
Melissa J. Beekman
