UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BARBARA MANSON,<br><br>                          Plaintiff,<br><br>       – against –<br><br>RICHARD FRIEDBERG,<br>OLD STONE VENTURES,<br><br>                     Defendants. | 08 CIV. 3890 (CLB) (GAY)<br><br>**NOTICE OF APPEARANCE**<br>**OF JOHN HOUSTON POPE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE of the appearance of John Houston Pope, Esq., of Epstein Becker & Green, P.C., as an attorney of record for Defendants.  Please serve all papers and electronic notifications related to this action on the undersigned.

Dated: New York, New York
       June 4, 2008

                                           **EPSTEIN BECKER & GREEN, P.C.**

                                           By:   s/ John Houston Pope
                                                  John Houston Pope
                                                  Melissa J. Beekman
                                       250 Park Avenue
                                       New York, New York  10177-1211
                                       Phone: (212) 351-4500
                                       Fax:    (212) 878.8741
                                       e-mail:  jhpope@ebglaw.com
                                     Attorneys for Defendants

NY:2619545v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for Plaintiffs.

s/ John Houston Pope
John Houston Pope
