UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BARBARA MANSON,                              :

                Plaintiff,          :          08 CV 3890 (CLB) (GAY)

                        :

         - against -           :          **CORPORATE DISCLOSURE
                        :          STATEMENT PURSUANT**

RICHARD FRIEDBERG,                           :          **TO RULE 7.1**  _____
OLD STONE VENTURES,                          :

                Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

          Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant

Oldstone Ventures, LLC (incorrectly referred to in the Complaint as Old Stone Ventures) hereby

discloses that it is not a publicly traded corporation, that it has no publicly traded parent

corporation, and that there are no publicly traded corporations which own ten percent or more of

its stock.

Dated: New York, New York
       June 4, 2008

                          **EPSTEIN BECKER & GREEN, P.C.**

                          By:     s/ John Houston Pope  _____
                                John Houston Pope
                                Melissa J. Beekman
                          250 Park Avenue
                          New York, New York  10177-1211
                          Phone:  (212) 351-4500
                          Fax:     (212) 878.8741
                          e-mail:  jhpope@ebglaw.com
                          Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for Plaintiffs.

s/ John Houston Pope
John Houston Pope
